U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL 24 2006
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM M. BRYSON No. 95662-071 | CIVIL ACTION NO. 06-0366 |
| VS. | SECTION P |
| FREDERICK MENIFEE | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** petitioner's Petitions for Writ of *Habeas Corpus* [docs. 1,3,8,9, and 10] be **DENIED** and **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED THAT** petitioner's Motions to Compel and Calculate Sentence [docs. 8,9 and 10] be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 24th day of July, 2006.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**