Bryson v.
Menifee

06CV0366
Sec P

Dated:
February 26, 2007

Respectfully Submitted By,
William M. Bryson
William M. Bryson, Jr.
Petitioner, Pro Se
Inmate No. 95662-071
USP Pollock
PO Box 2099
Pollock, LA 71467-2099

U. S. DISTRICT COURT
WESTERN DISTRICT of LOUISIANA
RECEIVED - ALEXANDRIA

MAR 0 2 2007

ROBERT H. SHEMWELL, CLERK
BY _____
              DEPUTY

Certificate of Mailing

Petitioner does certify that he placed his motion in a properly stamped envelope addressed to the Honorable Robert H. Shemwell and that he deposited it is the mailbox designated for legal mail at USP Pollock on monday, 26 February 2007 while the same information in this motion was mailed as Appellant's motion To Amend His Appellant's Brief to the United States Court of Appeals For The Fifth Circuit in New Orleans, Louisana 70130-3408.

Bill Bryson

ORDER
TO THE EXTENT THAT THIS "NOTICE" IS A MOTION TO THIS COURT TO GRANT A CERTIFICATE OF APPEALABILITY IN A HABEAS CORPUS CASE, IT IS DENIED. PETITIONER HAS PROVIDED NO BASIS FOR SAME.   ALEXANDRIA, LA, MARCH 2, 2007

DISTRICT JUDGE